# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:12-CR-37** |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| **KEVIN STALLINGS,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 28th day of August, 2018, upon consideration of the motion (Doc. 42) to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 by defendant Kevin Stallings ("Stallings"), and for the reasons set forth in the court's accompanying memorandum, it is hereby ORDERED that:

1. Stallings' motion (Doc. 42) to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 is DENIED.

2. A certificate of appealability is DENIED. See 28 U.S.C. § 2255, Rule 11(a).

      /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania